Certificate Number: 05781-VAE-DE-035926845

Bankruptcy Case Number: 18-31615



05781-VAE-DE-035926845

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 18, 2021, at 2:56 o'clock PM PDT, Lisa Baker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 18, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President